**STATE OF FLORIDA, ex rel. E. R. CURLEY, v. R. E. GATLIN, Sheriff of Walton County, Florida.**

5 So. (2nd) 54                                    Division B
December 12, 1941

W. W. Flournoy, for relator.

J. Tom Watson, Attorney General, and Woodrow M. Melvin, Special Assistant Attorney General, for respondent.

PER CURIAM:

It appearing from the return of the respondent that the relator is not, and has not since the 16th day of October, 1941, been in custody and that he was released by the respondent upon the approval by him of an appearance bond in an amount fixed by the court conditioned upon his appearance at the next term of the circuit court to be held January 12, 1942, the writ of habeas corpus heretofore issued by this court is discharged.

BROWN, C. J., TERRELL, CHAPMAN, and THOMAS, JJ., concur.